IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PETER JAMES JOHNSON, | : | |
| Plaintiff, | : | |
| v. | : | CIVIL ACTION |
| | : | |
| COMMISSIONER OF SOCIAL SECURITY, | : | NO. 20-3111 |
| | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 29th day of June, 2021, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review (Doc. No. 16), Defendant's Response thereto (Doc. No. 17), and Plaintiff's Reply (Doc. No. 18), **IT IS HEREBY ORDERED** that:

1. Plaintiff's Request for Review is **DENIED**;

2. **JUDGMENT IS ENTERED** in favor of Defendant; and

3. The Clerk of the Court shall mark this case **CLOSED**.

BY THE COURT:

*/s/ Marilyn Heffley*
MARILYN HEFFLEY
UNITED STATES MAGISTRATE JUDGE